

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable Homer Garrison, Jr., Director
Department of Public Safety
Camp Mabry

Dear Sir:

Opinion No. O-5253

Re: Certified Copies of
Certificates of Regis-
tration under Article
6800-1 V.A.C.S. should
bear signature of person
making certification.
An attached photostatic
copy of signature is
insufficient.

    The pertinent parts of your request for an Opinion of this Department are:

    "Senate Bill Number 62 provides for the registration for exclusive use by owners of livestock in this State of tattoo marks, and further provides that the Director of this department shall forward to the County Clerk of the applicant's residence a certified copy of said registration, to be filed in the County Clerk's office.

    " This department is contemplating using a photostatic process of copying the original application. The bottom part of the original application will be masked out, and the following certification will be shown:

       ' I hereby certify that the above Certificate is a true photostatic copy of the original certificate, the above

MMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

tattoo has been issued to this
applicant, and filed in the office
of the Bureau of Identification and
Records of the Texas Department of
Public Safety, Austin, Texas and is
a part of the permanent records of
said Bureau.

Homer Garrison, Jr.,
Director, Department
of Public Safety

By:

Joe S. Fletcher, Chief
Bureau of Identification
and Records '

"The signature of the person certifying to the
certificate will be a photostatic copy.

"We respectfully request your opinion if the
photostatic copy of a person's signature to a cer-
tificate is legal, or must the signature be signed
by the individual manually.

"We are attaching hereto a photostatic copy
of the above certification and signature."

Section 9 of Senate Bill 62, Acts of the 48th
Legislature, which Bill is now codified as article 6899-1
V.A.C.S. provides:

"It shall be the duty of the Director to forward
to the County Clerk of the applicant's residence a
certified copy of said registration to be filed in
the County Clerk's office of said County in a regular
book for that purpose, the filing fees to be paid by
the person so registering said tattoo mark and said
filing fee shall not exceed the sum of Twenty-five
Cents."

You state that you are contemplating using a
photostatic process of copying the original application
but that the bottom part will be masked out. We are not

Honorable Homer Garrison Jr., Director    Page 3

furnished a copy of this application, and are not certain that we understand your proposal, however, we do not believe that you would be justified in photostating a portion of such application.

We believe that the above quoted section of Senate Bill 62 requires the filing with the County Clerk of a true and correct copy of the whole application for registration. We are further of the opinion that such section requires the certificate to bear the signature of the person making the certification and that the photostatic signature will be insufficient for such purpose.

Yours very truly,

ATTORNEY GENERAL OF TEXAS

By  Lloyd Armstrong
        Lloyd Armstrong
        Assistant

LA:ncd

APPROVED MAY 4, 1943

Gerald C. Mann
ATTORNEY GENERAL OF TEXAS

APPROVED
OPINION
COMMITTEE

BY
CHAIRMAN